# In the United States District Court
# For the Southern District Of Georgia
# Waycross Division

| | | |
|---|---|---|
| ANTONIO GRIGGS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-17 |
| | * | |
| v. | * | |
| | * | |
| WARDEN TOM GRAMICK; DEPUTY | * | |
| WARDEN EDWINA JOHNSON; AND MR. | * | |
| BOYETT, Warden Security, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 11. Plaintiff failed to file any Objections to the Magistrate Judge's Report and Recommendation. However, Plaintiff filed a Supplement to his Complaint, which appears to be the receipts for the grievances he claims he filed. Rather than suggesting that Plaintiff properly exhausted his administrative remedies prior to filing his Complaint, this filing affirms the Magistrate Judge's conclusion that Plaintiff failed to exhaust his available administrative remedies prior to filing this cause of action.

Accordingly, the Court **DISMISSES** Plaintiff's Complaint, without prejudice, based on his failure to exhaust his administrative remedies before filing this lawsuit. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case. The Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

SO ORDERED, this 25 day of March, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)